1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dehua Venture Capital Investment Co., Ltd.; Deqing Dehua Equity Investment Fund Co., Ltd.,<br><br>   Petitioners,<br><br>  v.<br><br>Lin Cuiwen, an individual; Wang Xin, an individual,<br><br>   Respondents. | No. 5:22-cv-00108-JAK-SP<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioners' Application for Writ of Attachment (Dkt. 44, the "Application"), the records on file, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 54, the "Report"). Respondents have not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that the Application is **GRANTED**, and the Court will separately issue right to attach orders. Upon the filing of an undertaking by

Petitioners in the amount of $10,000.00, the Court Clerk shall issue a writ of attachment against Respondents Lin Cuiwen and Wang Xin in the amount of $11,637,921.20 for the following property:

1. All non-exempt deposit accounts, real property, personal property, chattel paper, and any other non-exempt assets of Lin Cuiwen in California not necessary for her immediate support in an amount up to $11,637,921.2, including the real property located at 2048 Turnbull Canyon Road, Hacienda Heights CA 91745 and at 14548 Sleepy Creek, Edenvale CA 92880; and

2. All non-exempt deposit accounts, real property, personal property, chattel paper, and any other non-exempt assets of Wang Xin in California not necessary for her support or immediate use in any ongoing business concerns in an amount up to $11,637,921.2, including the real property located at 2139 Olivine Drive, Chino Hills CA 91709.

**IT IS SO ORDERED**.

Dated:  February 1, 2023

John A. Kronstadt
United States District Judge