1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11  Dehua Venture Capital Investment Co.,          No. 5:22-cv-00108-JAK-SP
    Ltd.; Deqing Dehua Equity Investment
    Fund Co., Ltd.,

12
                     Petitioners,                  AMENDED ORDER ACCEPTING
13                                                 FINDINGS AND
           v.                                      RECOMMENDATIONS OF UNITED
14                                                 STATES MAGISTRATE JUDGE
    Lin Cuiwen, an individual; Wang Xin, an
15  individual,

16                   Respondents.

17

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioners' Application

19
    for Writ of Attachment (Dkt. 44, the "Application"), the records on file, and the
20

21  Report and Recommendation of the United States Magistrate Judge (Dkt. 54, the

22  "Report").  Respondents have not filed any written Objections to the Report within the

23
    time permitted.  The Court accepts the findings and recommendation of the Magistrate
24

25  Judge.

26         IT IS THEREFORE ORDERED that the Application is **GRANTED**, and the

27
    Court will separately issue right to attach orders.  The Court Clerk is directed to accept
28

from Petitioners a cashier's check in the amount of $10,000.00, and to deposit such

funds into the Court's registry. Upon the filing of such a cashier's check by Petitioners

in the amount of $10,000.00, and the service of this Order on the Court Clerk in

person or by mail, the Court Clerk shall issue a writ of attachment against

Respondents Lin Cuiwen and Wang Xin in the amount of $11,637,921.20 for the

following property:

1.  All non-exempt deposit accounts, real property, personal property,

    chattel paper, and any other non-exempt assets of Lin Cuiwen in

    California not necessary for her immediate support in an amount up to

    $11,637,921.2, including the real property located at 2048 Turnbull

    Canyon Road, Hacienda Heights CA 91745 and at 14548 Sleepy

    Creek, Edenvale CA 92880; and

2.  All non-exempt deposit accounts, real property, personal property,

    chattel paper, and any other non-exempt assets of Wang Xin in

    California not necessary for her support or immediate use in any

    ongoing business concerns in an amount up to $11,637,921.2,

    including the real property located at 2139 Olivine Drive, Chino Hills

    CA 91709.

1    **IT IS SO ORDERED**.

2

3    Dated:   February 15, 2023

4                                                              John A. Kronstadt
                                                              United States District Judge
5

6

7       cc: Fiscal

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28