JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEHUA VENTURE CAPITAL INVESTMENT CO., LTD., et al.<br>Petitioners,<br>v.<br>LIN CUIWEN, et al.<br>Respondents. | No. 5:22-cv-00108-JAK (SPx)<br>**JUDGMENT**<br>**JS-6: Case Closed** |

Pursuant to: (1) the August 19, 2025 (In Chambers) Order granting the Petition of Dehua Venture Capital Investment Co., Ltd. ("DVCI") and Deqing Dehua Equity Investment Fund Co., Ltd. ("DDEIF") (collectively, "Petitioners") to Confirm and Enforce Foreign Arbitral Awards issued by the China International Economic and Trade Arbitration Commission in (a) Arbitration Case No. DS 20191322 ("Award DS 20191322") in favor of DDEIF against Respondents Lin Cuiwen and Wang Xin (collectively, "Respondents") and (b) Arbitration Case No. DS 20191323 ("Award DS 20191323") in favor of DVCI against Respondents, (collectively, the "Awards"); and (2) the August 4, 2026 Order Re: Respondents' Objections to Petitioners' Proposed Final Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Award DS 20191322 is confirmed in favor of DDEIF and against Lin Cuiwen and Wang Xin.
2. Award DS 20191323 is confirmed in favor of DVCI and against Lin Cuiwen and Wang Xin.
3. In Conformity with the Award DS 20191322, IT IS FURTHER ORDERED, ADJUDGED and DECREED that Lin Cuiwen and Wang Xin, are jointly and severally liable to DDEIF, and shall pay to DDEIF:
    a. US$ 12,013,674.95 based on the rate of exchange in effect on January 18, 2022 of 6.3525 RMB to the US Dollar on a total award of RMB 76,316,870.12, consisting of:
        i. RMB 59,905,142.52;
        ii. liquidated damages of RMB 16,411,727.6 for the time period from October 1, 2019 until January 18, 2022 (841 days).
    b. Further liquidated damages after January 18, 2022 until the future date of payment of the entire amount set forth in paragraph 3.a., to be calculated according to the following formula as set forth in the

arbitration award: RMB 59,356,723.89 × (((10% ÷ 365) × B ) × (1 + 20%)), where B is equal to the total number of days after that date to the date of final payment. Payment of the further liquidated damages shall be made in US dollars at the exchange rate of 6.3525 RMB to the USD, which was the rate of exchange in effect on January 18, 2022.

4. In Conformity with Award DS 20191323, IT IS FURTHER ORDERED, ADJUDGED and DECREED that Lin Cuiwen and Wang Xin, are jointly and severally liable to DVCI, and shall pay to DVCI:
    a. US$ 2,489,283.51 based on the rate of exchange in effect on January 18, 2022 of 6.3525 RMB to the USD on a total award of RMB 15,813,173.52, consisting of:
        i. RMB 12,345,252.67.
        ii. liquidated damages of RMB 3,467,920.85 for the time period from July 24, 2019 until January 18, 2022 (910 days).
    b. Further liquidated damages after January 18, 2022 until the final date of payment of the amount set forth in paragraph 4.a., to be calculated according to the following formula as set forth in the arbitration award: RMB 11,591,493.70 × (((10% ÷ 365) × C) × (1 + 20%)), where C is equal to the total number of days after that date until full payment. Payment of the further liquidated damages shall be made in US dollars at the exchange rate of 6.3525 RMB to the USD, which was the rate of exchange in effect on January 18, 2022.

5. This Court retains jurisdiction over this matter as necessary to account for monies actually recovered by Petitioners from Respondents to avoid any recovery of an amount greater than specified in this Judgment.

THEREFORE IT IS ORDERED that Judgment in favor of Petitioners DDEIF and DVCI and against Respondents Lin Cuiwen and Wang Xin shall be entered accordingly.

**IT IS SO ORDERED.**

Dated: August 17, 2026

John A. Kronstadt
United States District Judge